BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CLUM

**\*\*E-filed 12/9/05\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0093 JF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING;** |
| v. | **[~~PROPOSED~~] ORDER** |
| BRYAN JASON CLUM, | |
| Defendant. | |

   Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the revocation hearing in the above-captioned supervised release matter, presently scheduled for Thursday, December 8, 2005, be continued to Wednesday, January 4, 2006, at 9:00 a.m.

   The continuance is requested to allow time for Mr. Clum to comply with his Probation Office's request that he provide a DNA sample as a condition of his probation.   Initially, a violation petition was filed by the Probation Office after Mr. Clum refused to provide the DNA sample on grounds that the collection of DNA would constitute an invasion of his privacy.  After consultation with counsel, Mr. Clum has agreed to comply, and an appointment has been

1 scheduled with the Probation Office on December 16, 2005.

2     Mr. Clum has agreed to provide the sample while continuing to believe that the required
3 provision of DNA constitutes a significant invasion of his privacy.  By complying with this
4 condition, Mr. Clum does not waive his right to challenge any future changes in law which may
5 subject him to additional monitoring or registration requirements on the basis of his felony status.

6     Counsel for Mr. Clum has confirmed the appointment with U.S. Probation Officer Janie
7 Zhuang, who agreed that if Mr. Clum provides the sample, the petition may be withdrawn by the
8 Probation Office or dismissed by the Court.  Additionally, Ms. Zhuang concurs in the request to
9 postpone the violation hearing.

10     Accordingly, the parties stipulate that the revocation hearing should be continued so that
11 Mr. Clum may comply with this condition of his probation.

13 Dated: December 6, 2005              _____/s/_____
14                                        LARA S. VINNARD
                                       Assistant Federal Public Defender

16 Dated: December 6, 2005              _____/s/_____
17                                        SUSAN KNIGHT
                                       Assistant United States Attorney

**E-filed 12/9/05**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. CR 05–93 JF |
|                                                          ) | |
| Plaintiff,              ) | **[~~PROPOSED~~] ORDER CONTINUING** |
|                                                          ) | **REVOCATION HEARING** |
| v.                                                    ) | |
|                                                          ) | |
| BRYAN JASON CLUM,                 ) | |
|                                                          ) | |
| Defendant.          ) | |
| _____) | |

The parties have jointly requested a continuance of the revocation hearing set for December 8, 2005, to allow time for Mr. Clum to comply with the direction of his Probation Officer that he provide a DNA sample.  The Court is informed that an appointment has been scheduled for December 16, 2005.  The Probation Office concurs in the request.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 8, 2005, be continued to January 4, 2006,  at 9:00 a.m.

Dated:   12/8/05

/s/electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0093 JF                                          3

Distribute to:

Lara Vinnard
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Susan Knight
Assistant United States Attorney
150 Almaden, Suite 900
San Jose, CA 95113
Counsel for the United States

Janie Zhuang
U.S. Probation
280 S. First St., Rm. 106
San Jose, CA 95113