KEVIN V. RYAN (CSBN 118321)
United States Attorney

**E-filed 4/3/06**

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 05-00093 JF |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS APPEARANCE |
| BRIAN JASON CLUM, ) | |
| Defendant. ) | |

The undersigned parties jointly request that a status hearing on above-captioned matter be continued from Thursday, April 27, 2006 to Wednesday, May 10, 2006 at 9:00 a.m.  The reason for the continuance is that AUSA Susan Knight has been summoned for jury duty on April 27, 2006, and therefore, is unavailable on that date.  Probation Officer Janie Zhuang has no objection to the continuance.

SO STIPULATED:              KEVIN V. RYAN
                            United States Attorney

DATED:_____        _____/s/_____
                            SUSAN KNIGHT
                            Assistant United States Attorney

DATED:_____        _____/s/_____
                            LARA S. VINNARD
                            Assistant Federal Public Defender

1   For good cause shown, the Court HEREBY ORDERS that the status hearing is continued to,
2   Wednesday, May 10, 2006 at 9:00 a.m.
3   SO ORDERED.
4
5   DATED: 4/3/06
6   _____
    JEREMY FOGEL
    United States District Judge