1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CLUM

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 UNITED STATES OF AMERICA,              )  No. CR 05-0093 JF
                                          )
13             Plaintiff,                 )  STIPULATION TO CONTINUE
                                          )  REVOCATION HEARING;
14 v.                                     )  [PROPOSED] ORDER
                                          )
15 BRYAN JASON CLUM,                      )
                                          )
16             Defendant.                 )
   _____)

17

18         Defendant and the government, through their respective counsel, hereby stipulate that,

19 subject to the court's approval, the revocation hearing in the above-captioned supervised release

20 matter, presently scheduled for Wednesday, May 10, 2006, be continued to Wednesday, May 31,

21 2006, at 9:00 a.m.

22         The continuance is requested because the parties received the Probation Office's violation

23 report on Monday, May 8, 2006, which does not allow time for the defense to file an appropriate

24 response with the Court in advance of Wednesday's hearing.

25         Probation Officer Janie Zhuang has been contacted and has no objection to the request.

26

STIPULATION TO CONTINUE
REVOCATION HEARING DATE
No. CR 05-0093 JF                              1

1  Dated: _____
                                        _____
2                                       LARA S. VINNARD
                                        Assistant Federal Public Defender
3

4  Dated: _____
                                        _____
5                                       SUSAN KNIGHT
                                        Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
REVOCATION HEARING DATE
No. CR 05-0093 JF                       2

\*\*E-filed 5/11/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BRYAN JASON CLUM,<br><br>   Defendant. | No. CR 05–0093 JF<br><br>[~~PROPOSED~~] **ORDER CONTINUING REVOCATION HEARING** |

   The parties have jointly requested a continuance of the revocation hearing set for May 10, 2006, to allow time for the defense to file a response to the Probation Office's violation report. The Probation Office does not oppose the request.

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for May 10, 2006, be continued to May 31, 2006, at 9:00 a.m.

Dated:   5/11/06

_____
JEREMY FOGEL
United States District Judge

ORDER CONTINUING HEARING
No. CR 05-0093 JF                                    3

Distribute to:

Lara Vinnard
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Counsel for Defendant

Susan Knight
Assistant United States Attorney
150 Almaden, Suite 900
San Jose, CA 95113
Counsel for the United States

Janie Zhuang
U.S. Probation
280 S. First St., Rm. 106
San Jose, CA 95113