1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CLUM

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        ) | No. CR 05-0093 JF
   |                                  ) |
12 |            Plaintiff,            ) | **STIPULATION AND DEFENDANT'S**
   | v.                               ) | **MOTION  REQUESTING BOP CAMP**
13 |                                  ) | **RECOMMENDATION; [PROPOSED]**
   | BRYAN CLUM,                      ) | **ORDER**
14 |                                  ) |
   |            Defendant.            ) |
15 |_____) |

16     Defendant Bryan Clum has been sentenced by the Court to three months' custody in the

17 Bureau of Prisons.  Mr. Clum respectfully moves the Court to modify the judgment in this

18 matter to recommend to the Bureau of Prisons that he be housed in a camp facility.  The defense

19 and the government, through their respective counsel, hereby stipulate to the proposed

20 modification and recommendation.  U.S. Probation Officer Janie Zhuang has been contacted, and

21 has no objection to the proposed recommendation and modification.

22 Dated: 10/3/06                              _____/s/_____
                                               LARA S. VINNARD
23                                             Assistant Federal Public Defender

24 Dated: 10/3/06                              _____/s/_____
                                               SUSAN KNIGHT
25                                             Assistant U.S. Attorney

26

STIP RE: CAMP RECOMMENDATION;
[PROPOSED] ORDER
No. CR 05-0093 JF                        1

**E-filed 10/5/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>BRYAN CLUM,<br><br>    Defendant. | No. CR 05-0093 JF<br><br>[~~PROPOSED~~] ORDER RE: CAMP RECOMMENDATION |

The Court has sentenced defendant Bryan Clum to three months' custody in the Bureau of Prisons. The defense has moved the Court, based on the stipulation of the parties, to recommend to the Bureau of Prisons that Mr. Clum be housed in a BOP camp facility.

\_\_\_\_\_ GOOD CAUSE APPEARING, the Court hereby GRANTS the motion. The Court recommends to the Bureau of Prisons that Mr. Clum be housed in a BOP camp facility. The clerk is directed to modify the judgment accordingly.

\_\_\_\_\_ The Court hereby DENIES the motion.

IT IS SO ORDERED.

Dated:    10/4/06

_____
JEREMY FOGEL
United States District Judge

STIP RE: CAMP RECOMMENDATION;
[PROPOSED] ORDER
No. CR 05-0093 JF                                   2