1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CLUM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-0093 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND DEFENDANT'S MOTION REQUESTING BOP CAMP RECOMMENDATION; [PROPOSED] ORDER** |
| v. | ) | |
| BRYAN CLUM, | ) | |
| Defendant. | ) | |

Defendant Bryan Clum has been sentenced by the Court to three months' custody in the Bureau of Prisons.  Mr. Clum respectfully moves the Court to modify the judgment in this matter to recommend to the Bureau of Prisons that he be housed in a camp facility.  The defense and the government, through their respective counsel, hereby stipulate to the proposed modification and recommendation.  U.S. Probation Officer Janie Zhuang has been contacted, and has no objection to the proposed recommendation and modification.

Dated: 10/3/06                                           _____/s/_____
                                                         LARA S. VINNARD
                                                         Assistant Federal Public Defender

Dated: 10/3/06                                           _____/s/_____
                                                         SUSAN KNIGHT
                                                         Assistant U.S. Attorney

STIP RE: CAMP RECOMMENDATION;
[PROPOSED] ORDER
No. CR 05-0093 JF                                        1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>BRYAN CLUM,<br><br>　　　　Defendant. | No. CR 05-0093 JF<br><br>**[~~PROPOSED~~] ORDER RE: CAMP RECOMMENDATION** |

The Court has sentenced defendant Bryan Clum to three months' custody in the Bureau of Prisons. The defense has moved the Court, based on the stipulation of the parties, to recommend to the Bureau of Prisons that Mr. Clum be housed in a BOP camp facility.

_ X _  GOOD CAUSE APPEARING, the Court hereby GRANTS the motion. The Court recommends to the Bureau of Prisons that Mr. Clum be housed in a BOP camp facility. The clerk is directed to modify the judgment accordingly.

_____ The Court hereby DENIES the motion.

IT IS SO ORDERED.

Dated:  10/4/06

_____
JEREMY FOGEL
United States District Judge

STIP RE: CAMP RECOMMENDATION;
[PROPOSED] ORDER
No. CR 05-0093 JF                                              2