```
1  BARRY J. PORTMAN
   Federal Public Defender                    **efiled 10/23/06
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CLUM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>              Plaintiff,             )<br>v.                                              )<br>                                                      )<br>BRYAN CLUM,                        )<br>                                                      )<br>              Defendant.          )<br>_____) | No. CR 05-0093 JF<br><br>**DEFENDANT'S MOTION TO CONTINUE SELF-SURRENDER DATE BY ONE WEEK; DECLARATION OF LARA VINNARD; [PROPOSED] ORDER** |

   Defendant Bryan Clum has been sentenced by the Court to three months' custody in the Bureau of Prisons. In a recent written order, the Court recommended to the Bureau of Prisons that Mr. Clum be housed in a camp facility. However, the defense is informed that the BOP's Detention and Sentence Computation Center, located in Grand Prairie, Texas, has not received the Court's order. *See* Declaration of Lara Vinnard, submitted herewith.

   Mr. Clum has been directed to report to the Metropolitan Detention Center in Los Angeles, which is not a camp facility. His self-surrender date is October 23, 2006. The defense is attempting to ensure that the Detention and Sentence Computation Center will receive a copy of the Court's order so that it can reconsider its placement determination, but has been informed that the order will only be accepted from the court or the U.S. Marshals. The defense has been unsuccessful in efforts to communicate with the U.S. Marshals about this matter. *See id.*

1  Accordingly, Mr. Clum respectfully moves the Court to delay his self-surrender by one week, to
2  October 30, 2006, to allow time for the Detention and Sentence Computation Center to receive
3  and consider the court's order and recommendation.
4  Date:   October 19, 2006

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender

                                  /s/

                              LARA S. VINNARD
                              Assistant Federal Public Defender

MOTION TO CONTINUE SELF-SURRENDER;
[PROPOSED] ORDER
No. CR 05-0093 JF                                           2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0093 JF |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER RE:** |
| v. ) | **CONTINUANCE OF SELF-** |
| ) | **SURRENDER DATE** |
| BRYAN CLUM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court has sentenced defendant Bryan Clum to three months' custody in the Bureau of Prisons. The Court is informed that the Bureau of Prisons' Detention and Sentence Computation Center did not receive the Court's recommendation for camp placement, and has designated Mr. Clum to the Metropolitan Detention Center in Los Angeles. The defense has moved the Court to delay Mr. Clum's self-surrender date by one week, to October 30, 2006, to allow time for the BOP to consider the Court's recommendation.

GOOD CAUSE APPEARING, the Court hereby GRANTS the motion. The defendant is ordered to self-surrender on October 30, 2006.

IT IS SO ORDERED.

Dated: 10/23/06

_____
JEREMY FOGEL
United States District Judge